

Mary A. Schott
Clerk of Court

Entered on Docket
January 05, 2023

___

NVB 3011−1 (12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−21−14986−mkn |
| | CHAPTER 13 |
| DIA MARIE MOON | |
| | ORDER GRANTING |
| Debtor(s) | APPLICATION TO |
| | DEPOSIT UNCLAIMED FUNDS |

On 12/29/2022, the Trustee filed an Application to Deposit Unclaimed Funds in the above−captioned case. It is hereby ORDERED that the Application is GRANTED.

###