NVB 3011 (Rev. 1/23)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−21−14986−mkn |
| | CHAPTER 13 |
| DIA MARIE MOON | |
| Debtor(s) | NOTICE OF DEFICIENCY ON APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS |

The Application for payment of Unclaimed Funds submitted by Dia Marie Moon has been found deficient. The documents were received and filed with the U.S. Bankruptcy Court Clerk's Office on Enter date motion filed here. If the following deficiencies are NOT remedied within 90 days from notification, a new Application must be submitted.

   *   Form AO213.

Mail this notice back with requested documents. **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact the Unclaimed Funds Department at Financial@nvb.uscourts.gov.

Dated: 3/13/23

Financial Deputy Clerk