

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 13, 2023

NVB 3011 (Rev. 12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−21−14986−mkn <br> CHAPTER 13 |
| DIA MARIE MOON | |
| Debtor(s) | ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS |

On 10/02/2023, an application was filed for the Claimant(s) for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documents establish that the Claimant(s) are entitled to the unclaimed funds; accordingly, it is hereby
ORDERED that pursuant to 28 U.S.C. Section 2042, the amount(s) of:
$7,385.73 is declared due to:
Dia Marie Moon.

**IT IS FURTHER ORDERED** that the Clerk disburse the funds to the payee at the following address:
Dia Marie Moon
6197 Forever Dawn Street
Las Vegas, NV 89148

The Clerk will disburse these funds not earlier than 14 days after the entry of this order.

###